UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DEBI L. BUSAM,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DANIEL R. WILKINSON; JOHNSON MARK, LLC,<br><br>　　　　　　　　Defendants. | 6:11-cv-06181-TC<br><br>JUDGMENT |

This case is dismissed with prejudice.

DATED this 31st day of July 2012.


　　　　　　　　　　　　　　　　Mary L. Moran, Clerk of Court

　　　　　　　　　　　　　　　　by: /s/ Paul Bruch
　　　　　　　　　　　　　　　　　　　Paul Bruch, Deputy Clerk